/

AO 243 (Rev. 5/85)  MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT  B-02- U10
SENTENCE BY A PERSON IN FEDERAL CUSTODY

**United States District Court**  District: Southern Dist. of Texas

Name of Movant: Luis Javier Rangel  
Prisoner No.: 94214-079  
Case No.: 1:00CR00317-001

Place of Confinement: Three Rivers FCI, Three Rivers, TX

United States District Court
Southern District of Texas
FILED
JAN 18 2002
Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA  v.  
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack: U.S. Dist. Court for the Southern Dist. of Texas – Brownsville Division

2. Date of judgment of conviction: Jan 16, 2001

3. Length of sentence: 63 months

4. Nature of offense involved (all counts): Possession with intent to Distribute a quantity less than 500 grams of cocaine, in violation of 21 USC §§ 841(a)(1), 841(b)(1)(c), and 18 USC § 2.

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☑
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   n/a

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐   n/a

7. Did you testify at the trial?
   Yes ☐ No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☑

(2)

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court _____ n/a _____

   (b) Result _____

   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court _____ n/a _____

      (2) Nature of proceeding _____

      (3) Grounds raised _____

      (4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

      (5) Result _____ n/a _____

      (6) Date of result _____

   (b) As to any second petition, application or motion give the same information:

      (1) Name of court _____

      (2) Nature of proceeding _____ n/a _____

      (3) Grounds raised _____

AO 243 (Rev. 5/85)

    (4) Did you receive an evidentiary hearing on your petition. application or motion?
        Yes ☐ No ☐

    (5) Result_____ n/a _____

    (6) Date of result _____ n/a _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1) First petition, etc.    Yes ☐ No ☒
    (2) Second petition, etc.    Yes ☐ No ☒

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not.

_I failed to meet deadline on direct appeal because of lack of legal assistance_

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

    CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

  (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

  (b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 5/85)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: _Facts in PSI were altered to where it raised guidelines from 20 to 26 Points_

Supporting FACTS (state *briefly* without citing cases or law) _PSI claims defendant made two previous transactions when in reality there was only one._

B. Ground two: _Denial of Effective Assistance of Counsel_

Supporting FACTS (state *briefly* without citing cases or law): _(1) Attorney was not present when PSI was given to defendant (2) PSI was obtained a day before sentencing (3) Attorney never discussed PSI with defendant prior to sentencing._

C. Ground three: _Conviction obtained by use of evidence gained pursuant to unconstitutional_

Supporting FACTS (state *briefly* without citing cases or law): _Search and Seizure_

AO 243 (Rev. 5/85)

D. Ground four: Conviction obtained by use of evidence obtained pursuant to an unlawful arrest

Supporting FACTS (state *briefly* without citing cases or law): _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____
n/a

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐ No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing  Court appointed Attorney – cannot recall his name

    (b) At arraignment and plea  Joe Valle, 1120 East 10th St., Brownsville, TX 78520

    (c) At trial  n/a

    (d) At sentencing  Same as (b) Section above

AO 243 (Rev. 5/85)

    (e) On appeal _____ n/a _____

    (f) In any post-conviction proceeding _____ n/a _____

    (g) On appeal from any adverse ruling in a post-conviction proceeding _____ n/a _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☑ No ☐

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____
Cameron County, District Court Brownsville, Texas

    (b) Give date and length of the above sentence: Sentenced on March 7, 2001 - 12 years to run concurrent with present federal sentence

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☑ No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

1-14-02
(date)

_____
Signature of Movant

(7)