

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 23 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| LUIS JAVIER RANGEL | * |
| | * |
| VS | * C.A. NO. B-02-010 |
| | * |
| UNITED STATES OF AMERICA | * (CR. NO. B-00-317) |

NOTICE OF DISMISSAL
FOR LACK OF PROSECUTION

On April 23, 2002, the Court reviewed the case file in the above-captioned matter, and it appears that on January 15, 2002, an application to proceed in forma pauperis was mailed to the Petitioner. The Petitioner has failed to response and has not submitted the application to proceed in forma pauperis.

It is, therefore, ORDERED that this 2255 Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody be placed on the dismissal docket and dismissed thereafter if no response is received from Petitioner by May 24, 2002.

DONE at Brownsville, Texas, this 23rd day of April 2002.

Felix Recio
United States Magistrate Judge