UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LUIS JAVIER RANGEL,<br>Petitioner, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. B-02-010<br>CRIMINAL NO. B-00-317 |
| UNITED STATES OF AMERICA,<br>Respondent. | §<br>§<br>§ | |

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On April 23, 2002, the Court reviewed the case file in the above-captioned matter, and determined that on January 15, 2002, an application to proceed in forma pauperis was mailed to the Petitioner. The Petitioner failed to respond. Therefore, this Court ordered that the case would be dismissed if there was no response received from the Petitioner by May 24, 2002. As of June 11, 2002, there is still no response from the Petitioner in this cause of action, so the case should be **Dismissed without Prejudice.**

### RECOMMENDATION

For the above mentioned reasons, Petitioner's 28 U.S.C. § 2255 Writ of Habeas Corpus should be **DISMISSED WITHOUT PREJUDICE.**

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district

court, provided that the party has been served with notice that such consequences will result from a failure to object.[1]

DONE at Brownsville, Texas, this 12th day of June, 2002.

*signature*

Felix Recio
Uited States Magistrate Judge

---

[1] *Douglass v. United States Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).