IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUN 2 4 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| LUIS JAVIER RANGEL, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 02-CV-10 |
| | ) Formerly: 00-CR-317-1 |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## OBJECTIONS TO MAGISTRATE'S REPORT

COMES NOW, the Petitioner herein, Luis Javier Rangel, through counsel and objects to the Magistrate's recommendation that his § 2255 motion be dismissed.

The Petitioner originally filed his § 2255 motion, *pro se*, and therefore did not have the benefit of legal representation. His family has only recently been able to retain counsel to represent the Petitioner in his effort to gain post-conviction relief. Now that the Petitioner has been able to obtain legal representation, counsel has filed a Motion to Appear *Pro Hac Vice* and Without Local Counsel. Furthermore, counsel has filed a motion to supplement the Petitioner's *pro se* § 2255 motion containing exhibits, case law and arguments supporting the Petitioner's contentions that he suffered from ineffective assistance of counsel when counsel failed to appeal. If Petitioner's § 2255 motion is dismissed without prejudice, as recommended by the Magistrate, the Petitioner will then have the ability to file an Amended § 2255 Motion raising these supplemental arguments. Therefore, it would be a waste of judicial time and resources to dismiss

1

the pending § 2255 motion.

WHEREFORE, the Petitioner respectfully requests that this Court refuse to dismiss the pending § 2255 motion and rule on the merits of the Petitioner's arguments contained in his *pro se* motion and in the motion to supplement filed by counsel.

                                            Respectfully submitted,

                                            ROBINSON & BRANDT, PSC

By:   MATTHEW M. ROBINSON
       Attorney for Appellant
       11331 Grooms Road, Suite 3000
       Cincinnati, Ohio 45242
       (513) 381-8033

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been sent by regular U.S. mail with proper postage affixed thereon on this, the 20th day of June, 2002, to the office of the Assistant United States Attorney, 600 E. Harrison St., #201, Brownsville TX 78520-7155.

                                            Matthew M. Robinson, Esq.