7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 0 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LUIS JAVIER RANGEL, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-010 |
| | § | CRIMINAL NO. B-00-317 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER

On June 13, 2002, this Court issued a Report and Recommendation which recommended

that the District Court dismiss this cause of action without prejudice due to a lack of prosecution.

The Petitioner filed an objection to the Report, and claimed that he was in the process of securing

legal counsel, which was the reason for his delay. Petitioner has given adequate reasons for his

temporary lack of prosecution, and the June 13, 2002, Report and Recommendation is hereby

WITHDRAWN. This case will proceed on the merits.

DONE at Brownsville, Texas, this 2d day of July, 2002.

Felix Recio
Uited States Magistrate Judge