

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 15 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

LUIS JAVIER RANGEL     *

VS     *    C.A. NO. B-02-010

UNITED STATES OF AMERICA     *    (Cr. No. B-00-317)

### ORDER

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **September 16, 2002**.

DONE at Brownsville, Texas, this 15th day of ~~August~~ July 2002.

_____
Felix Recio
United States Magistrate Judge