UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 17 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LUIS JAVIER RANGEL,<br>Petitioner, | § § § | |
| v. | § § § | CIVIL ACTION NO. B-02-010<br>CRIMINAL NO. B-00-317 |
| UNITED STATES OF AMERICA,<br>Respondent. | § § | |

### ORDER

Before the Court is Petitioner's "Motion for Appearance Pro Hac Vice and Waiver of Local Counsel Designation" (Doc. # 3). Said motion is hereby GRANTED, and Matthew M. Robinson is now designated as the attorney of record for Petitioner Luis Javier Rangel.

DONE at Brownsville, Texas, this 17th day of September, 2002.

Felix Recio
United States Magistrate Judge