UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 17 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LUIS JAVIER RANGEL,<br>Petitioner, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. B-02-010 |
| | § | CRIMINAL NO. B-00-317 |
| UNITED STATES OF AMERICA,<br>Respondent. | §<br>§<br>§ | |

## ORDER

In the above-styled and numbered 28 U.S.C. Section 2255 cause of action has been set for an **evidentiary hearing** on October 29, 2002, at 2:00 p.m. in order to investigate Petitioner's claim that he informed his attorney to file notice of direct appeal and his attorney failed to do so.

The United States Attorney is hereby **ORDERED** to issue an administrative writ ad testificandum for the Petitioner's presence at said hearing.

Further, the United States District Clerk's Office is hereby **ORDERED** to summon to the hearing the Petitioner's trial counsel, Joe Valle, 1120 East 10th Street, Brownsville, Texas, 78520.

DONE at Brownsville, Texas, this 17th day of September, 2002.

Felix Recio
United States Magistrate Judge