UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 3 2002

Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
ENTERED

OCT 2 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| LUIS JAVIER RANGEL | * |
| | * |
| VS | * CIVIL ACTION NO. B-02-010 |
| | * (Criminal No. B-00-317) |
| UNITED STATES OF AMERICA | * |

### ORDER DENYING MOTION TO WAIVE EVIDENTIARY HEARING

On this the 23rd day of October 2002, the Court considered Petitioner's Motion to Waive Evidentiary Hearing and Submit on the Motion. After a review of the Motion, the Court finds that said Motion should be and is hereby **DENIED**.

Done at Brownsville, Texas, this 23rd day of October 2002.

_____
Felix Recio
United States Magistrate Judge