*Joe Valle*

# RETURN OF SERVICE

*CAB-02-10*

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | October 11, 2002 |
| NAME OF SERVER *(PRINT)* | TITLE |
| Robert Aguilar | Deputy U.S. Marshal |

*(14)*

*Check one box below to indicate appropriate method of service*

[x] Served personally upon the defendant. Place where served: **At the address listed on the Summons.**
_____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:_____

_____

[ ] Returned unexecuted:_____

_____

_____

_____

United States District Court
Southern District of Texas
FILED

OCT 2 9 2002

Michael N. Milby
Clerk of Court

[ ] Other *(specify):*_____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **October 11, 2002**
_____      _____
*Date*                                          *Signature of Server*

**600 E.Harrison, Suite 1032**
_____
*Address of Server*

The summons was served on Joe Valle on October 11, 2002 at 3:30p.m. The summons was served by one Deputy U.S. Marshal and the roundtrip mile for this process is 1 mile.

02 OCT 29 PM 1:50
MICHAEL N. MILBY, CLERK
SOUTHERN DISTRICT...
FILED