

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

OCT 30 2002

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

Michael N. Milby, Clerk of Court

| Division | Brownsville | Case Number | B-02-010 |
|---|---|---|---|
| | | | B-00-317 |
| Luis Javier Rangel | | | |
| *versus* | | | |
| United States of America | | | |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name  Firm:  Street:  City & Zip Code:  Telephone:  Licensed: State & Number  Admitted U.S. District Court for: | Jeffrey M. Brandt Robinson & Brandt, P.S.C. 11331 Grooms Road Suite 3000 (513) 381-8033 Ohio 0065475 Kentucky 86568 No&So Ohio, East.&West Ky, 5th Cir Ct App, etc. |
|---|---|

Seeks to appear as the attorney for this party:

Defendant-Petitioner Luis Javier Rangel

| Dated: 10/30/02 | Signed: [signature] |
|---|---|

United States District Court
Southern District of Texas
ENTERED

OCT 30 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk [signature]

**ORDER**

This lawyer is admitted *pro hac vice*.

Signed on October 30, 2002.   [signature]
                               United States  Magistrate Judge

SDTX (d_prohac.ord)
02/03/98