
(15)

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

OCT 30 2002

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

Michael N. Milby, Clerk of Court

| Division | Brownsville | Case Number | B-02-010 |
|---|---|---|---|
| | | | B-00-317 |
| Luis Javier Rangel | | | |
| *versus* | | | |
| United States of America | | | |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number / Admitted U.S. District Court for: | Jeffrey M. Brandt<br>Robinson & Brandt, P.S.C.<br>11331 Grooms Road<br>Suite 3000<br>(513) 381-8033<br>Ohio 0065475  Kentucky 86568<br>No & So Ohio, East & West Ky, 5th Cir Ct App., etc. |
|---|---|

Seeks to appear as the attorney for this party:

Defendant-Petitioner Luis Javier Rangel

(16)

| Dated: 10/30/02 | Signed: [signature] |
|---|---|

United States District Court
Southern District of Texas
ENTERED

OCT 30 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

**ORDER**

This lawyer is admitted *pro hac vice*.

Signed on ~~October~~ 30, 2002.  [signature]
                                  United States Magistrate Judge

SDTX (d_prohac.ord)
02/03/98