17

COURTROOM MINUTES: **Felix Recio Judge Presiding**
                   **Southern District of Texas, Brownsville Division**

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| Court Reporter | : | Schwab |
| USPO | : | A Del Angel |
| CSO | : | T Yanez |
| Law Clerk | : | R Bryd |
| Interpreter | : | K Pena, present not needed |
| Date | : | **October 30, 2002 at 8:35 a.m.** |

United States District Court
Southern District of Texas
FILED

OCT 3 0 2002

Michael N. Milby
Clerk of Court

---

CIVIL CASE NO.  B-02-10 (HGT)
                (CR. B-00-317)

Luis Javier Rangel                *         J Brantt
                                  *
vs                                *
                                  *
United States of America          *         Mark Dowd, AUSA

---

### EVIDENTIARY HEARING

J Brantt present on behalf of the Petitioner, Luis Javier Rangel;
M Dowd present for the Government;

J Brantt calls his first witness, Luis Javier Rangel;
Luis Javier Rangel sworn and states facts of his case;

The witness states he had seen the PSI and its recommendation the day before his sentencing and further states the recommendation was not the same as to the time his attorney Joe Valle had claimed he could serve;
The witness testified he was in shock as to his sentence and did not specify to his attorney as to an appeal in his case, therefore time lapsed;

M Dowd cross-examines the witness;
Witness challenging offense conduct as stated in the PSI to one drug transaction, not two as stated;
Witness states if his attorney would have been present at the interview with the Probation Officer for the PSI, he would have a witness as to his statement of his participation in one drug transaction, not two;

Witness excused;

M Dowd calls probation officer, Aida Marie Del Angel;
Witness sworn and states facts of this case;
Witness refers to paragraph 10 of the PSI and states that during the offense conduct the Petitioner, Rangel had stated another drug transaction and further states Rangel voluntarily shared this information;
M Dowd passes the witness;

M Dowd calls witness Joe Valle;
Witness sworn and states facts of the sentencing and thereafter;
Witness states he showed Rangel the PSI one day prior to sentencing;
Witness states Rangel did not tell him of the prior drug transaction, as mentioned in the PSI;
Witness states Rangel should have been marandized since he was going to incriminate himself and states if he had been present Rangel would have been counseled in a different way and would have exercised his right to remain silent;

Witness contests the fact that the family tried to contact him after sentencing;
Witness excused;

M Dowd states Mr Valle's being out of pocket reaches a level of ineffective assistance of counsel;

J Brantt addresses the Court;
J Brantt states admits that Rangel did not request an appeal;

The Court will take all arguments under advisement and requests a transcript of this hearing;

Court adjourned.