AO435 (Rev. 1/90)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

*Read Instructions on Back.*

**FOR COURT USE ONLY**
**DUE DATE:**

| | |
|---|---|
| 1. NAME: Felix Recio | 2. PHONE NUMBER: 956/548-2701 |
| | 3. DATE: 11/05/02 |
| 4. MAILING ADDRESS: 600 E. Harrison, #203 | 5. CITY: Brownsville |
| | 6. STATE: TX |
| | 7. ZIP CODE: 78520 |
| 8. CASE NUMBER: C.A. B-02-010 | 9. JUDICIAL OFFICIAL: Felix Recio |
| | DATES OF PROCEEDINGS |
| | 10. FROM: 10/30/02 |
| | 11. TO: 10/30/02 |
| 12. CASE NAME: LUIS JAVIER RANGEL VS USA | LOCATION OF PROCEEDINGS |
| | 13. CITY: Brownsville |
| | 14. STATE: Texas |

**15. ORDER FOR**

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDINGS (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) Evidentiary hearing | 10/30/02 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

United States District Court
Southern District of Texas
FILED
NOV 0 5 2002
Michael N. Milby-
Clerk of Court

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COST |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE: /s/ Recio

19. DATE: November 5, 2002

ESTIMATE TOTAL
PROCESSED BY
PHONE NUMBER
COURT ADDRESS

| | |
|---|---|
| ORDER RECEIVED | |
| DEPOSIT PAID | DEPOSIT PAID |
| TRANSCRIPT ORDERED | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | TOTAL DUE |

(Previous editions of this form may still be used)  ORIGINAL- COURT COPY   YELLOW- TRANSCRIPTION COPY   GREEN- ORDER RECEIPT   PINK- ORDER COPY