ORIGINAL

NOV 2 0 2002
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

LUIS JAVIER RANGEL            :
                              :
VS.                           :   C.A. NO. B-02-010
                              :
UNITED STATES OF AMERICA      :

EVIDENTIARY HEARING

OCTOBER 30, 2002

On the 30th day of October 2002, the following proceedings came on to be heard in the above-entitled and numbered cause in the United States Federal Building & Courthouse, 600 E. Harrison, Brownsville, Texas, before the Honorable Felix Recio, United States Magistrate Judge.

Proceedings reported by machine shorthand.

- - -