IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Respondent-Plaintiff | §<br>§<br>§ |
| vs. | § No. CR-B-00-317 |
| LUIS JAVIER RANGEL,<br>    Petitioner-Defendant<br>(No. CA No. B-02-010) | §<br>§ |

## ORDER

It is hereby ORDERED that the government's motion be GRANTED. The Court ORDERS Petitioner's original judgement vacated and reentered, so that the 10 day period in which Petitioner may file timely notice of appeal may be reinitiated.

DONE this _____ day of _____, 2003 at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE