| | |
|---|---|
| 1. CIR./DIST./DIV. CODE TXS BR | 2 PERSON REPRESENTED LUIS JAVIER RANGEI |

VOUCHER NUMBER

| 3. MAG DKT./DEF. NUMBER | 4. DIST DKT./DEF NUMBER 1:02CA010 | 5. APPEALS DKT./DEF NUMBER | 6 OTHER DKT. NUMBER |
|---|---|---|---|

7. IN CASE/MATTER OF (Case Name)
RANGEL VS. USA

8. PAYMENT CATEGORY
☐ Felony  ☐ Petty Offense
☐ Misdemeanor  ☐ Other
X Appeal

9. TYPE PERSON REPRESENTED
☐ Adult Defendant  X Appellant
☐ Juvenile Defendant  ☐ Appellee
☐ Other

10 REPRESENTATION TYPE (See Instructions) CA

11. OFFENSE(S) CHARGED (Cite U.S Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
28 USC 2255

12 ATTORNEY'S NAME AND MAILING ADDRESS
Matthew M Robinson
11331 Grooms Rd, Ste 3000
Cincinnati, OH 45242
Telephone Number 513/381-8033

United States District Court
Southern District of Texas
FILED
NOV 07 2003
Michael N. Milby, Clerk of Court

13 COURT ORDER
☑ O Appointing Counsel  ☐ C Co-Counsel
☐ F Subs For Federal Defender  ☐ R Subs For Retained Attorney
☐ P Subs For Panel Attorney  ☐ Y Standby Counsel

Signature of Presiding Judicial Officer or By Order of the Court
November 7, 2003

14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)

## CLAIM FOR SERVICES AND EXPENSES — FOR COURT USE ONLY

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $ ) TOTALS: | | | | | |
| 16. a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $ ) TOTALS: | | | | | |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18 Other Expenses (other than expert, transcripts, etc) | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

19 CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE TO:

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

21 CASE DISPOSITION

22. CLAIM STATUS  ☐ Final Payment  ☐ Interim Payment Number _____  ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this ☐ YES ☐ NO If yes, were you paid? ☐ YES ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation? ☐ YES ☐ NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney _____ Date _____

## APPROVED FOR PAYMENT — COURT USE ONLY

| 23 IN COURT COMP. | 24. OUT OF COURT COMP | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27 TOTAL AMT APPR./CERT. |
|---|---|---|---|---|

28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a. JUDGE/MAG JUDGE CODE

| 29. IN COURT COMP | 30. OUT OF COURT COMP | 31 TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT APPROVED |
|---|---|---|---|---|

34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | DATE | 34a JUDGE CODE