UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 07 2003

Michael N. Milby, Clerk of Court

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | CIVIL ACTION B02-010 |
| | ) | Criminal No. B-00-317 |
| v. | ) | |
| | ) | |
| LUIS JAVIER RANGEL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER GRANTING
## MOTION TO APPOINT COUNSEL FOR DIRECT APPEAL

Upon the motion of Defendant-Petitioner Luis Javier Rangel to have Robinson & Brandt, P.S.C., Matthew M. Robinson appointed as counsel for direct appeal to the Fifth Circuit, and for good cause shown, it is hereby

ORDERED that Robinson & Brandt, P.S.C., Matthew M. Robinson, Esq., is appointed under the Criminal Justice Act to represent the Defendant on direct appeal to the Fifth Circuit.

_____
Honorable Judge Presiding
November 7, 2003

copies to:

Robinson & Brandt, P.S.C.
11331 Grooms Road
Suite 3000
Cincinnati, Ohio 45242

Office of the Assistant United States Attorney
600 E. Harrison St., #201
Brownsville TX 78520-7155